G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-3730
E: tom@plglawfirm.com

Attorneys for Plaintiff,
PATRICIA M. READ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA M. READ,<br><br>     Plaintiff,<br><br>          vs.<br><br>BARCLAYS BANK DELAWARE, a federally chartered bank; and DOES 1 to 10, inclusive,<br><br>     Defendant(s). | **Case No.: 2:14−CV−01144−LKK−KJN**<br><br>**STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL** |

### STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL

The law firm of Price Law Group, APC files this stipulated motion requesting that Stuart M. Price, Esq. be substituted as counsel for Plaintiff PATRICIA M. READ and that G. Thomas Martin, III, Esq. be relieved of all further responsibility as counsel in the above-referenced case.

All pleadings, orders, and other papers in this action should be served on Stuart M. Price, PRICE LAW GROUP, APC, 15760 Ventura Blvd., Suite 1100 Encino, CA 91436.

DATED: August 11, 2014

By: */s/ G. Thomas Martin, III*        .
   G. Thomas Martin, III, Esq.
   SBN 218456
   **PRICE LAW GROUP, APC**
   15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
   T: (818) 907-2030
   F: (818) 205-3730
   E: tom@plglawfirm.com

By: */s/ Stuart M. Price*           .
   Stuart M. Price, Esq.
   SBN 150439
   **PRICE LAW GROUP, APC**
   15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
   T: (818) 205-2411
   F: (866) 205-2412
   E: stuart@pricelawgroup.com

By: /s/ PATRICIA M.READ
   (original signature retained by attorney Stuart M. Price).
   _____
   PATRICIA M. READ
   Plaintiff

**IT IS SO ORDERED.**

DATED: August 11, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT